Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S−9
PHOENIX, AZ 85028
Phone: 602-598-5075
Email: documents@phxfreshstart.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

STEPHANIE DEL KARMEN CARDOZA MANCIA,

Debtor.

Chapter: 13

Case No. 2:23-bk-08516-BKM

**OBJECTION TO TRUSTEE'S RECOMMENDATION**

Comes now the above-named Debtor, STEPHANIE DEL KARMEN CARDOZA MANCIA, by and through counsel of record and hereby objects to the Chapter 13 Trustee's Recommendation filed on March 4, 2024 docketed at docket no. 29. Debtor has not been able to fully comply with the Trustee's Recommendations and is still working to resolve the outstanding issues in order to comply with the Trustee's evaluation. Debtor represents the following in support of their motion:

1. Debtor is working to resolve recommendation item 1 with regards to the secured claim filed by Westlake Services, claim 3.
2. Debtor is working to resolve recommendation item 4 with regards to the claim filed by Sundance Residential HOA, claim 11.
3. Debtor is working to bring plan payments current.

**PRAYER FOR RELIEF**

WHEREFORE, Debtor prays that the Court grant additional time, and grant Debtor until June 5, 2024 to comply with Trustee Recommendations.

Objection
Case 2:23-bk-08516-BKM    Doc 35    Filed 05/06/24    Entered 05/06/24 14:03:25    Desc
Main Document    Page 1 of 2

Dated: May 6, 2024.

Respectfully submitted:

 /s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix AZ  85018
Attorney for Debtor

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on May 6, 2024 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants, including counsel for each of debtors' mortgage creditors, appearing in this case.

By: */s/Tom McAvity*_____